NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCO A. ALPIZA,                          )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-3234
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____ )

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan, Judge.

Michael Ufferman of Michael Ufferman
Law Firm, P.A., Tallahassee, for Appellant.


PER CURIAM.

          Affirmed.


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.